UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
MENTGEN, COREEN S                   §    Case No. 10-40043
                                    §
        Debtor(s)                   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   CLERK OF THE UNITED STATES BANKRUPTCY COURT
   NORTHERN DISTRICT OF IL/EASTERN DIVISION
   219 S. DEARBORN STREET
   CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 01/11/2013 in Courtroom 2nd Floor,
   Will County Court - Joliet City Hall
   150 West Jefferson Street
   Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/20/2012              By: /s/ Bradley J. Waller
                                              Trustee


BRADLEY J. WALLER
2045 Aberdeen Court
SYCAMORE, IL 60178


UST Form 101-7-NFR (5/1/2011) (Page: 1)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
        §
MENTGEN, COREEN S  §   Case No. 10-40043
        §
Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,320.31 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 6,320.31 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ 1,382.03 | $ 0.00 | $ 1,382.03 |
| Trustee Expenses: BRADLEY J. WALLER | $ 82.50 | $ 0.00 | $ 82.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,464.53 |
| Remaining Balance | $ 4,855.78 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

## NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,993.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 37.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. | $ 496.37 | $ 0.00 | $ 185.49 |
| 000002 | American Infosource Lp As Agent for | $ 1,185.87 | $ 0.00 | $ 443.16 |
| 000003 | Sprint Nextel Correspondence | $ 134.06 | $ 0.00 | $ 50.10 |
| 000004 | Chase Bank USA,N.A | $ 1,664.61 | $ 0.00 | $ 622.07 |
| 000005 | Shorewood Family Dental | $ 118.23 | $ 0.00 | $ 44.18 |
| 000006 | Chase Bank USA, N.A. | $ 2,256.90 | $ 0.00 | $ 843.41 |
| 000007 | OPHRYS, LLC | $ 3,124.41 | $ 0.00 | $ 1,167.60 |
| 000008 | Fia Card Services, NA/Bank of America | $ 4,013.27 | $ 0.00 | $ 1,499.77 |

Total to be paid to timely general unsecured creditors   $ 4,855.78

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Bradley J. Waller
Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Case 10-40043 Doc 25 Filed 12/07/12 Entered 12/09/12 23:38:46 Desc Imaged
Case 10-40043 Doc 14 Filed 10/13/10 Entered 10/16/10 00:02:29 Desc Imaged
Certificate of Notice Page 5 of 8
Certificate of Service Page 5 of 5

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: choward              Page 1 of 1               Date Rcvd: Oct 13, 2010
Case: 10-40043                Form ID: ntcftfc7          Total Noticed: 21
```

The following entities were noticed by first class mail on Oct 15, 2010.
```
db              Coreen S Mentgen,    801 Taylor Street,    Joliet, IL  60435
aty            +Chris D Rouskey,    Rouskey and Baldacci,     151 Springfield Ave,    Joliet, IL 60435-7503
tr             +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,     2045 Aberdeen Court,
                 Sycamore, IL 60178-3140
16099998       +American Home Mortgage Services,     Post Office Box 619063,    Dallas, TX 75261-9063
16099999       +Bank of America,    C/O National Enterprise Systems,     29125 Solon Road,    Solon, OH 44139-3442
16100000       +Barclays Bank - Juniper,     C/O Arthur Adler & Assoc.,     25 E. Washington St., #500,
                 Chicago, IL 60602-1703
16100002       +Chase Bank,    C/O NCO Financial Systems,     Post Office Box 15630, Dept. 81,
                 Wilmington, DE 19850-5630
16100003       +Chase Bank,    C/O Haster Law Office,     6640 Shady Oak Road, #340,    Eden Prairie, MN 55344-7720
16100004       +City of Joliet,    C/O Creditors Discount & Audit,     Post Office Box 213,
                 Streator, IL 61364-0213
16100005       +Dr. F.G. Tomasik, M.D.,     C/O Creditors Discount & Audit,     Post Office Box 213,
                 Streator, IL 61364-0213
16100006       +GE Money Bank - Old Navy,     C/O Meyer & Njus,    200 S. Sixth Street,    Minneapolis, MN 55402-1403
16100007       +GE Money Bank - Sam's Club,     C/O Midland Credit Management,     Post Office Box 603, Dept. 12421,
                 Oaks, PA 19456-0603
16100008       +Illinois Energy Savings Corp.,     C/O Credit Management Control,     Post Office Box 1654,
                 Green Bay, WI 54305-1654
16100010       +Provena St. Joseph Medical Center,     C/O MiraMed Revenue Group,
                 Post Office Box 77000, Dept. 77304,     Detroit, MI 48277-2000
16100011        Provena St. Joseph Medical Center,     C/O Creditors Collection Bureau,     Post Office Box 1032,
                 Wixom, MI 48393
16100012       +Sam's Club,    C/O Monarch Recovery Management,     10965 Decatur Road,
                 Philadelphia, PA 19154-3210
16100013       +Shorewood Family Dental,     C/O Collection Professions, Inc.,     Post Office Box 416,
                 La Salle, IL 61301-0416
16100014       +Summit Center for Mental Health,     C/O National Asset Management,     Post Office Box 840,
                 Moon Twp., PA 15108-0840
16100015       +Target National Bank,    C/O Blatt, Hasenmiller, Leibsker,      125 S. Wacker Dr., #400,
                 Chicago, IL 60606-4440
```

The following entities were noticed by electronic transmission on Oct 14, 2010.
```
16100001       +EDI: CAPITALONE.COM Oct 13 2010 22:53:00      Capital One Bank,    Post Office Box 6492,
                 Carol Stream, IL 60197-6492
16100009       +EDI: CBSKOHLS.COM Oct 13 2010 22:53:00      Kohl's,    Post Offie Box 2983,
                 Milwaukee, WI 53201-2983
                                                                                              TOTAL: 2
```

```
                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date:** Oct 15, 2010             **Signature:** *Joseph Speetjens*

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 10-40043-BWB
Coreen S Mentgen  Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: pseamann              Page 1 of 3                  Date Rcvd: Dec 07, 2012
                             Form ID: pdf006             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2012.
```
db            Coreen S Mentgen,    801 Taylor Street,    Joliet, IL  60435
16099998     +American Home Mortgage Services,    Post Office Box 619063,    Dallas, TX 75261-9063
16420361      American Infosource Lp As Agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
16099999     +Bank of America,    C/O National Enterprise Systems,    29125 Solon Road,    Solon, OH 44139-3442
16100001     +Capital One Bank,    Post Office Box 6492,    Carol Stream, IL 60197-6492
16401175      Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 71083,
               Charlotte, NC  28272-1083
16100003     +Chase Bank,    C/O Haster Law Office,    6640 Shady Oak Road, #340,    Eden Prairie, MN 55344-7720
16590733      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16505602     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
16100004     +City of Joliet,    C/O Creditors Discount & Audit,    Post Office Box 213,
               Streator, IL 61364-0213
16100005     +Dr. F.G. Tomasik, M.D.,    C/O Creditors Discount & Audit,    Post Office Box 213,
               Streator, IL 61364-0213
16648548      Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
16100006     +GE Money Bank - Old Navy,    C/O Meyer & Njus,    200 S. Sixth Street,    Minneapolis, MN 55402-1403
16100008     +Illinois Energy Savings Corp.,    C/O Credit Management Control,    Post Office Box 1654,
               Green Bay, WI 54305-1654
16100011      Provena St. Joseph Medical Center,    C/O Creditors Collection Bureau,    Post Office Box 1032,
               Wixom, MI 48393
16100012     +Sam’s Club,    C/O Monarch Recovery Management,    10965 Decatur Road,
               Philadelphia, PA 19154-3210
16100013     +Shorewood Family Dental,    C/O Collection Professions, Inc.,    Post Office Box 416,
               La Salle, IL 61301-0416
16100014     +Summit Center for Mental Health,    C/O National Asset Management,    Post Office Box 840,
               Moon Twp., PA 15108-0840
16100015     +Target National Bank,    C/O Blatt, Hasenmiller, Leibsker,    125 S. Wacker Dr., #400,
               Chicago, IL 60606-4440
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16100000     +E-mail/Text: sclark@arthuradler.com Dec 07 2012 20:53:38      Barclays Bank - Juniper,
               C/O Arthur Adler & Assoc.,    25 E. Washington St., #500,    Chicago, IL 60602-1703
16100002     +E-mail/Text: bankruptcydepartment@ncogroup.com Dec 07 2012 20:53:46      Chase Bank,
               C/O NCO Financial Systems,    Post Office Box 15630, Dept. 81,    Wilmington, DE 19850-5630
16100007     +E-mail/Text: bankruptcydpt@mcmcg.com Dec 07 2012 20:49:47      GE Money Bank - Sam’s Club,
               C/O Midland Credit Management,    Post Office Box 603, Dept. 12421,    Oaks, PA 19456-0603
16100009     +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 07 2012 20:49:25      Kohl’s,
               Post Offie Box 2983,    Milwaukee, WI 53201-2983
16617814     +E-mail/Text: bncmail@w-legal.com Dec 07 2012 20:53:34      OPHRYS, LLC,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
16100010     +E-mail/Text: mmrgbk@miramedrg.com Dec 07 2012 20:53:28      Provena St. Joseph Medical Center,
               C/O MiraMed Revenue Group,    Post Office Box 77000, Dept. 77304,    Detroit, MI 48277-2000
16438779      E-mail/Text: appebnmailbox@sprint.com Dec 07 2012 20:49:45      Sprint Nextel Correspondence,
               Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
16438780      E-mail/Text: appebnmailbox@sprint.com Dec 07 2012 20:49:45      Sprint Nextel Distribution,
               Attn: Bankruptcy Dept,    P.O. Box 3326,    Englewood, CO 80155-3326
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1           User: pseamann              Page 2 of 3              Date Rcvd: Dec 07, 2012
                               Form ID: pdf006             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 09, 2012**                          **Signature:**  _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: pseamann              Page 3 of 3                  Date Rcvd: Dec 07, 2012
                              Form ID: pdf006             Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2012 at the address(es) listed below:

        Bradley J Waller   bjwtrustee@ksbwl.com, bwaller@ecf.epiqsystems.com
        Chris D Rouskey   on behalf of Debtor Coreen Mentgen rouskey-baldacci@sbcglobal.net
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                                                                                                                                   TOTAL: 3